619 A.2d 1349

**Joan DENNIS, Administratrix of the Estate of Dominique Dennis and Joan Dennis as Trustee Ad Litem and David Dennis and Joan Dennis, in their own right, Respondents,**

v.

**CITY OF PHILADELPHIA, Petitioner,**

**and**

**Commonwealth of Pennsylvania, Department of Transportation, and Norman Scotton, Respondents.**

Supreme Court of Pennsylvania.

Sept. 17, 1992.

## ORDER

PER CURIAM.

The Petition for Allowance of Appeal is granted. The case is remanded to the Commonwealth Court for reconsideration in accordance with our decision in *Dickens v. Upper Chichester Township,* 531 Pa. 127, 611 A.2d 693 (1992).